```
BERNNADETTE YVETTE KELLY      CREDIT ONE BANK               PORTFOLIO RECOVERY
804 MCMANUS ST.               6801 CIMARRON RD              ATTN: BANKRUPTCY
ELLISVILLE, MS 39437          LAS VEGAS, NV 89113           120 CORPORATE BLVD
                                                            NORFOLK, VA 23502

THOMAS C. ROLLINS, JR.        DISCOVER FINANCIAL            POSSIBLE FINANCE
THE ROLLINS LAW FIRM, PLLC    PO BOX 30939                  PO BOX 98686
P.O. BOX 13767                SALT LAKE CITY, UT 84130      LAS VEGAS, NV 89193
JACKSON, MS 39236

AFFIRM                        JACOB LAW GROUP               SPRING OAKS CAPITAL
443 IRVING DR                 2623 WEST OXFORD LOOP         ATTN: BANKRUPTCY
BURBANK, CA 91504             OXFORD, MS 38655              P.O. BOX 1216
                                                            CHESAPEAKE, VA 23327

ARRA FINANCE LLC              KASHABLE LLC                  TARGET
PO BOX 2460                   ATTN: BANKRUPTCY DEPT         PO BOX 673
CHESAPEAKE, VA 23327          489 5TH AVE, 18TH FL          MINNEAPOLIS, MN 55440
                              NEW YORK, NY 10017

CAPITAL ONE                   LVNV FUNDING LLC              WOMENS PAVILION
ATTN: BANKRUPTCY              PO BOX 1269                   652 US HWY 98
PO BOX 30285                  GREENVILLE, SC 29602          HATTIESBURG, MS 39402
SALT LAKE CITY, UT 84130

CAPITAL ONE                   MERITH HEALTH
PO BOX 31293                  161 RIVER OAKS
SALT LAKE CITY, UT 84131      CANTON, MS 39046

CENTERPOINT ENERGY            MS DEPT OF REVENUE
ATTN: BANKRUPTCY              BANKRUPTCY SECTION
P.O. BOX 4567                 PO BOX 22808
HOUSTON, TX 77210             JACKSON, MS 39225-2808

COMENITY                      PLAZA SERVICES, LLC
ATTN: BANKRUTPCY              ATTN: BANKRUPTCY
PO BOX 182125                 110 HAMMOND DR STE 110
COLUMBUS, OH 43218            ATLANTA, GA 30328

CONCORA CREDIT                PLUSFINANCE
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY
PO BOX 4477                   P.O.BOX 9203
BEAVERTON, OR 97076           OLD BETHPAGE, NY 11804
```