United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                      Case No. 26-50373-KMS

Bernnadette Yvette Kelly                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 02, 2026 | Form ID: n031 | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bernnadette Yvette Kelly, 804 McManus St., Ellisville, MS 39437-3444 |
| 5634919 | + | Affirm, 443 Irving Dr, Burbank, CA 91504-2447 |
| 5634920 | + | Arra Finance Llc, Po Box 2460, Chesapeake, VA 23327-2460 |
| 5634931 | + | Merith Health, 161 River Oaks, Canton, MS 39046-5375 |
| 5634934 | + | Plusfinance, Attn: Bankruptcy, P.O.Box 9203, Old Bethpage, NY 11804-9003 |
| 5634939 | | Womens Pavilion, 652 US Hwy 98, Hattiesburg, MS 39402 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5634923 | | Email/Text: Credit&CollectionsBankruptcy@centerpointenergy.com | Jun 02 2026 19:31:00 | CenterPoint Energy, Attn: Bankruptcy, P.O. Box 4567, Houston, TX 77210 |
| 5634921 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 02 2026 19:37:29 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5634922 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 02 2026 19:37:37 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5634924 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 02 2026 19:31:00 | Comenity, Attn: Bankrutpcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5634925 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 02 2026 19:31:00 | Concora Credit, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5634926 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 02 2026 19:37:29 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5644018 | + | Email/Text: peritus@ebn.phinsolutions.com | Jun 02 2026 19:31:00 | Crescent Auto Fin c/o Peritus Portfolio Svcs II, P.O. Box 1149, Grapevine, TX 76099-1149 |
| 5634927 | + | Email/Text: mrdiscen@discover.com | Jun 02 2026 19:31:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 5674187 | | Email/Text: jefdun@gmail.com | Jun 02 2026 19:31:00 | JD Receivables LLC, PO Box 382656, Germantown, TN 38183 |
| 5634928 | ^ | MEBN | Jun 02 2026 19:31:12 | Jacob Law Group, 2623 West Oxford Loop, Oxford, MS 38655-5442 |
| 5634929 | | Email/Text: bankruptcy@kashable.com | Jun 02 2026 19:31:00 | Kashable Llc, Attn: Bankruptcy Dept, 489 5th Ave, 18th Fl, New York, NY 10017 |
| 5634930 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 02 2026 19:37:29 | LVNV Funding LLC, Po Box 1269, Greenville, SC 29602-1269 |
| 5636391 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 02 2026 19:37:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5660627 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 02 2026 19:37:37 | MERRICK BANK, Resurgent Capital Services, |

| | | | |
|---|---|---|---|
| District/off: 0538-6 | | User: mssbad | Page 2 of 3 |
| Date Rcvd: Jun 02, 2026 | | Form ID: n031 | Total Noticed: 32 |

| | | | |
|---|---|---|---|
| | | | PO Box 10368, Greenville, SC 29603-0368 |
| 5634932 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | |
| | | Jun 02 2026 19:31:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5634933 | | Email/Text: info@plazaservicesllc.com | |
| | | Jun 02 2026 19:31:00 | Plaza Services, LLC, Attn: Bankruptcy, 110 Hammond Dr Ste 110, Atlanta, GA 30328 |
| 5634935 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Jun 02 2026 19:37:29 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5670767 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Jun 02 2026 19:37:37 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5634936 | | Email/Text: bankruptcy@possiblefinance.com | |
| | | Jun 02 2026 19:31:00 | Possible Finance, PO Box 98686, Las Vegas, NV 89193 |
| 5653258 | + | Email/Text: bankruptcy@purchasingpower.com | |
| | | Jun 02 2026 19:31:00 | Purchasing Power, LLC, Bankruptcy Dept., 2727 Paces Ferry Road SE, Bldg. 2, Suite 1200, Atlanta, GA 30339-6199 |
| 5644479 | | Email/Text: bankruptcy@springoakscapital.com | |
| | | Jun 02 2026 19:31:00 | SPRING OAKS CAPITAL SPV, LLC, PO BOX 1216, CHESAPEAKE VA 23327-1216 |
| 5634937 | | Email/Text: bankruptcy@springoakscapital.com | |
| | | Jun 02 2026 19:31:00 | Spring Oaks Capital, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 5671041 | + | Email/PDF: ebn_ais@aisinfo.com | |
| | | Jun 02 2026 19:37:30 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5634938 | + | Email/Text: bncmail@w-legal.com | |
| | | Jun 02 2026 19:31:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 5670475 | + | Email/PDF: ebn_ais@aisinfo.com | |
| | | Jun 02 2026 19:37:37 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5638403 | + | Email/Text: FSBank@franklinservice.com | |
| | | Jun 02 2026 19:31:00 | Women's Pavilion of South MS, c/o Franklin Service Inc, Po Box 3910, Tupelo, MS 38803-3910 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2026                    Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | |

District/off: 0538-6        User: mssbad        Page 3 of 3

Date Rcvd: Jun 02, 2026        Form ID: n031        Total Noticed: 32

ecfnotices@rawlings13.net  sduncan@rawlings13.net

Thomas Carl Rollins, Jr

on behalf of Debtor Bernnadette Yvette Kelly trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 3

Form n031–ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 26–50373–KMS
**Chapter:** 13

**In re:**

Bernnadette Yvette Kelly
aka Bernnadette Kelly
804 McManus St.
Ellisville, MS 39437

Notice of Entry of Order Confirming Plan

The Court entered an Order on June 2, 2026 (Dkt. # 20 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601–608–4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228–563–1790

Dated: June 2, 2026

Danny L. Miller, Clerk of Court